## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Marcella P. Lash aka Marcella L. Lash          CHAPTER 7

                      Debtor(s)          BKY. NO. 20-20400 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         Attorney I.D. No. 42524
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         jwarmbrodt@kmllawgroup.com