Form 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Marcella P. Lash**
**aka Marcella L. Lash**
   Debtor(s)

Bankruptcy Case No.: 20−20400−CMB

Chapter: 7
Docket No.: 8 − 1

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **February 1, 2020** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **2/18/2020** and failure to meet that deadline would result in the dismissal of the case.

As of **February 19, 2020,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                           Michael R. Rhodes
                           Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: February 19, 2020                               Carlota M. Bohm
                                                            United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 20-20400-CMB
Marcella P. Lash                                                        Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: agro                   Page 1 of 1                  Date Rcvd: Feb 19, 2020
                              Form ID: 131                 Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2020.
db             +Marcella P. Lash,    154 West Russets Circle,    Bridgeville, PA 15017-3223
15193634       +Best Buy/cbna,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15193637       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15193639       +Roundpoint Mtg,    446 Wrenplace Road,    Fort Mill, SC 29715-0200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRCCRAWFORD.COM Feb 20 2020 08:18:00      Rosemary C. Crawford,    Crawford McDonald, LLC.,
                 P.O. Box 355,    Allison Park, PA 15101-0355
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2020 03:38:49      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Feb 20 2020 08:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15193633       +EDI: AMEREXPR.COM Feb 20 2020 08:19:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
15193635       +E-mail/Text: bankruptcy@cavps.com Feb 20 2020 03:39:26      Cavalry Portfolio Serv,
                 500 Summit Lake Drive,    Valhalla, NY 10595-2322
15193636       +EDI: CHASE.COM Feb 20 2020 08:19:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
15193638       +EDI: PRA.COM Feb 20 2020 08:18:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
15193758       +EDI: RMSC.COM Feb 20 2020 08:19:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RoundPoint Mortgage Servicing Corporation
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Marcella P. Lash gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com;jquoresimo@bartifaylaw.
               com
              James   Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
                                                                                             TOTAL: 4
```